1   LAW OFFICES OF STEPHEN M. MURPHY
    STEPHEN M. MURPHY (No. 103768)
2   P. BOBBY SHUKLA (No. 229736)
3   353 Sacramento Street, Ste. 1140
    San Francisco, CA 94111
4   Tel: (415) 986-1338
    Fax:(415) 986-1231
5

6   Attorneys for Plaintiff
    CINDY CAPOTE
7                               UNITED STATES DISTRICT COURT

8                               NORTHERN DISTRICT OF CALIFORNIA
9

10

11   CINDY CAPOTE,                        )   NO. CV122958NC
                                          )
12          Plaintiff,                    )
                                          )
13   v.                                   )
                                          )   **PLAINTIFF'S REQUESTED VERDICT**
14                                        )   **FORMS**
     CSK AUTO, INC. dba O'REILLY AUTO     )
15   PARTS, O'REILLY AUTOMOTIVE, INC.,    )   TRIAL: 9/22/14
     O'REILLY AUTOMOTIVE STORES, INC.,    )   JUDGE: Hon. Jon Tigar
16                                        )
                                          )
17          Defendants.                   )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20

21

22              `

23

24

25

26

27

28

**VERDICT FORMS**                                                    1

**First Claim with respect to Disability Discrimination**

1.      Did Cindy Capote have a physical condition that limited a major life activity or did CSK AUTO regard her as having such a condition?

_____ Yes  _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.       If you found that Cindy Capote had a physical condition that limited a major life activity, did CSK AUTO know of that condition?

_____ Yes  _____ No

Answer question 3.

3.      Was Ms. Capote able to perform the essential job duties of the Driver Specialist or Parts Specialist positions with or without accommodation?

_____ Yes  _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.      Did CSK AUTO subject Ms. Capote to an adverse employment action?

_____ Yes  _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, then sign and date this verdict.

5.      Was Cindy Capote's physical condition a substantial motivating reason for CSK AUTO's decision to subject Ms. Capote to an adverse employment action?

**VERDICT FORMS**                                                                  2

_____ Yes  _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, then sign and date this verdict.

6.      Was CSK AUTO's conduct was a substantial factor in causing harm to Ms. Capote?

Sign and date this verdict.

DATED: _____                                      _____
                                                                            PRESIDING JUROR

**Second Claim with respect to Failure to Engage in Interactive Process**

1.      Did Cindy Capote have a physical condition that was known to CSK AUTO or did CSK AUTO regard her as having such a condition?? _____ Yes  _____ No

If your answer to question 1 is yes, then answer question 2. If your answer to question 1 is no, then sign and date this verdict.

2.      Did Ms. Capote request that CSK AUTO make reasonable accommodation for her physical condition so that she would be able to perform the essential duties of the job?

_____ Yes  _____ No

If your answer to question 2 is yes, then answer question 3. If your answer to question 2 is no, then sign and date this verdict.

3.      Was Cindy Capote willing to participate in an interactive process to determine whether reasonable accommodation could be made so that she would be able to perform the essential job duties of the Driver Specialist or Parts Specialist position?

_____ Yes  _____ No

If your answer to question 3 is yes, then answer question 4. If your answer to question 3 is no, then sign and date this verdict.

4.      Did CSK AUTO fail to participate in a timely, good-faith interactive process with Cindy Capote to determine whether reasonable accommodation could be made?

_____ Yes  _____ No

**VERDICT FORMS**                                                                                         4

1
2
3

If your answer to question 4 is yes, then answer question 5. If your answer to question 4 is no, then sign and date this verdict.

4

5.        Was CSK AUTO the cause of the breakdown of the interactive process?

5

6

_____ Yes  _____ No

7

8

If your answer to question 5 is yes, then answer question 6. If your answer to question 5 is no, then sign and date this verdict.

9

10

6.        Was CSK AUTO's failure to participate in the interactive process a substantial

11

12

factor in causing harm to Cindy Capote?

13

_____ Yes  _____ No

14

15

Sign and date this verdict.

16

DATED: _____                                        _____

17
                                                                        PRESIDING JUROR

18

19

20

21

22

23

24

25

26

27

28

**VERDICT FORMS**                                                                                                                 5

**Third Claim with respect to Failure to Accommodate Disability**

1.      Did Cindy Capote have a physical condition that limited a major life activity or did CSK AUTO regard her as having such a condition??

_____ Yes  _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.       If you found that Cindy Capote had a physical condition that limited a major life activity, did CSK AUTO know of that condition?

_____ Yes  _____ No

Answer question 3.

3.      Was Ms. Capote able to perform the essential job duties of the Driver Specialist or Parts Specialist positions with or without accommodation?

_____ Yes  _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.      Did CSK AUTO fail to provide reasonable accommodation for Cindy Capote's actual or perceived disabilities?

\_\_\_\_\_Yes \_\_\_\_\_No

If your answer to question 4 is yes, then answer question 5. If you answered no, then sign and date this verdict.

**VERDICT FORMS**                                                                                                    6

5.      Was CSK AUTO's failure to provide reasonable accommodation a substantial

factor in causing harm to Cindy Capote?

_____Yes _____No

Sign and date this verdict.

DATED: _____                                    _____
                                                                                PRESIDING JUROR

**VERDICT FORMS**                                                                                 7

**Fourth Claim with respect to Failure to Prevent Discrimination**

**Answer the following questions only if you answered yes to question 6 of the First Claim.**

1.      Did CSK AUTO fail to take reasonable steps to prevent discrimination?

_____Yes _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.      Was CSK AUTO's failure to prevent discrimination a substantial factor in causing harm to Cindy Capote?

_____Yes _____No.

Sign and date this verdict.


DATED: _____                          _____
                                                                   PRESIDING JUROR

**VERDICT FORMS**                                                                                        8

**Fifth Claim with respect to Wrongful Discharge in Violation of Public Policy**

1.      Was Cindy Capote employed by CSK AUTO?

_____Yes _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.      Did CSK AUTO discharge Ms. Capote?

_____Yes _____No

If your answer to question 2 is yes, then answer question 3. If you answered no, then sign and date this verdict.

3.      Was Ms. Capote's disability a substantial motivating reason for Ms. Capote's discharge?

_____Yes _____No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.      Was the discharge a substantial factor in causing harm to Ms. Capote?

_____Yes _____No

Sign and date this verdict.


DATED: _____                      _____
                                                                    PRESIDING JUROR


**VERDICT FORMS**                                                                                    9

**Damages**

**Answer the following questions only if you have answered yes to question 6 of the First Claim, question 5 of the Second Claim, question 6 of the Third Claim, question 2 of the Fourth Claim, <u>or</u> question 4 of the Fifth Claim.**

    1.        What are Cindy Capote's damages?

        a.      Past lost earnings:_____

        b.      Future lost earnings:_____

        c.      Past noneconomic loss:_____

        d.      Future noneconomic loss:_____

    2.        Did Cindy Capote prove by clear and convincing evidence that an officer, director or managing agent of CSK AUTO committed, authorized or ratified an act of malice, oppression or fraud?

    _____Yes _____No

    3.        If yes, what amount of punitive damages do you award?

    _____

    Sign and date this verdict.

    DATED: _____                  _____
                                                                        PRESIDING JUROR

**VERDICT FORMS**

10