UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY CAPOTE,<br>　　　　Plaintiff,<br>　　v.<br>CSK AUTO, INC.,<br>　　　　Defendant. | Case No.  12-cv-02958-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 131 |

　　　　The parties stated on the record on September 10, 2014, that they have settled this action. See ECF No. 131.  Accordingly, all deadlines and hearings in this case are VACATED.  By October 27, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

　　　　The Court also hereby SETS a case management conference on November 12, 2014, which will be automatically vacated if the stipulation of dismissal is timely filed.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　**IT IS SO ORDERED**.

Dated: September 10, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge