UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY CAPOTE,<br>        Plaintiff,<br>   v.<br>CSK AUTO, INC.,<br>        Defendant. | Case No.  12-cv-02958-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 133 |

The parties have filed a stipulation of dismissal of this action dated October 22, 2014. ECF No. 133. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 22, 2014

                                              JON S. TIGAR<br>
                                        United States District Judge